Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
E-mail:  steve@vondranlegal.com

*Attorneys for Defendant identified as IP Subscriber 47.152.112.168*

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>        Plaintiff,<br><br>Vs.<br><br>JOHN DOE subscriber assigned IP address *47.152.112.168*<br><br>        Defendant. | Case No. 2:19-cv-10677-TJH<br><br>Honorable Judge: Terry J. Hatter<br><br>**NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA AND TO DISMISS CASE UNDER F.R.C.P 41(a), F.R.C.P. 11.  MEMORANDUM OF POINTS AND AUTHORITIES.**<br><br>*[Proposed Order, and declaration or counsel filed concurrently]*<br><br><u>Hearing</u><br>Date:  April 20, 2020<br>Time: UNDER SUBMISSION<br>Courtroom: 9B |

## NOTICE OF MOTION TO QUASH SUBPOENA AND TO DISMISS

## CASE UNDER F.R.C.P. 41(A)

TO STRIKE 3 HOLDINGS, LLC ("PLAINTIFF") AND ITS ATTORNEYS OF RECORD: NOTICE IS HEREBY GIVEN that before the Honorable Viringia DeMarchi, the John Doe internet subscriber identified above ("Defendant") will move this Court for an order granting its Motion To Quash subpoena to Defendant's internet service provider (ISP).

The motion is based on the grounds that Plaintiff, (a known "copyright troll" that clogs the federal courts) is:

(1) abusing legal process across the United States (particularly in Florida STATE courts)

(2) unreasonably delaying the prosecution of their alleged case of copyright infringement by filing first in Florida State Court (and then doing a "*cut and run*" when their "bill of discovery" is sought to be quashed by the Defendant).

(3) causing unreasonable costs and burden on Defendant by having to challenge the same type of action that seeks their name and address both in a Florida State Court and then in this Court (where Plaintiff knew all along they should have filed in the first place in this Court).   They claim they know Defendant is located in California with 99% accuracy, but yet force them into a Florida State Court to respond to a "bill of discovery."

NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA AND TO DISMISS CASE

When they do, Plaintiff and their Florida counsel "cut and run" and dismiss their case. This is improper game playing with the Court system and constitutes a willful abuse of legal process.

(4) unreasonably delaying in a manner that causes prejudice to Defendant in that this scheme causes potential evidence to be lost due to the intentional improper *forum-shopping* by Plaintiff that has delayed the bringing of this case.

(5) Plaintiff's complaint, as it stands, cannot withstand a motion to dismiss because Plaintiff has no evidence whatsoever that the Defendant (a mere internet subscriber) is also a copyright infringer.  This case would thus be dismissed pursuant to *Cobbler Nevada* and a rule 12(b) motion to dismiss, even if Plaintiff were allowed to obtain a name and address of the Defendant. Thus, per case law, they are not entitled to early discovery, especially under these circumstances.

(6) Plaintiff has violated *F.R.C.P. Rule 11* by suing a *mere internet subscriber* (without any evidence of actual infringement by same).  They know or should know their pleading is deficient as it does not contain sufficient plausible factual assertions to survive a motion to dismiss based on *Cobbler Nevada*, and thus the complaint, (the second action on the same issue), is being pursued to harass Defendant into a "*shame settlement*." (Strike 3 has often demanded 50k to settle cases). This abusive practice must be

NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA AND TO DISMISS CASE

STOPPED and the case dismissed under Rule 41(a) and for sanctions to punish and deter future forum-shopping and abusive court practices.

**This is a case of first impression and the Court should not permit these abuses and should quash the subpoena and dismiss the case with prejudice.**

The motion will be heard on April 20, 2020 date at UNDER SUBMISSION time (or as soon thereafter as the case may be heard) at 350 w. 1ST Street, Los Angles, CA 90012  place and will be based upon this Notice of Motion and Motion, the Declaration of Steven C. Vondran, Esq., the pleadings and documents on file in this case, any request for judicial notice, and on any evidence as may be presented at the hearing on this motion.

This motion is made following the several meet and confer discussions and conference of counsel pursuant to L.R. 7-3 which took place on multiple occasions including on February 8th, 11th and on the 27th of 2020 by email and by phone on February 12, 2020.

<<<

<<<

NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA AND TO DISMISS CASE

<<<

RESPECTFULLY SUBMITTED

DATED: March 5, 2020

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

By:   /s/ Steven C. Vondran

Steven C. Vondran, Esq., Attorney for Defendant internet subscriber.
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
steve@vondranlegal.com
Phone: (877) 276-5084
Fax: (888) 551-2252

NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA AND TO DISMISS CASE