Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
401 Wilshire Blvd, 12th Floor
Los Angeles, CA  90401
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 137.25.32.18

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>         Plaintiff,<br><br>    vs.<br><br>John Doe subscriber assigned IP address 137.25.32.18<br>         Defendants. | No. 2:19-cv-10677-TJH<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

PLEASE TAKE NOTICE that the Honorable Jill L. Burkhardt issued an Order Denying Plaintiffs Early Discovery in San Diego Central District Court.  The reason is that Plaintiff (in an abuse of process affecting the fair administration of justice) files duplicate actions, the first in Florida State Court ("Bill of Discovery") where they have an adequate opportunity to learn the identity of the Defendant, and instead, they "cut and run" causing additional costs, prejudice and wasting court time.  Moreover, they cannot prove they can overcome Cobbler Nevada (discussed in the Order, but not essential to the Order, but Plaintiff cannot make this showing and should be DENIED any early discovery. A true and correct copy of Judge Burkhardt's Order is attached as **Exhibit A**. Plaintiff has failed to disclosed this adverse authority.

NOTICE OF SUPPLEMENTAL AUTHORITY

1
2
3      DATED this 22nd day of April , 2020.
4
5                                          Respectfully submitted,
                                           By: /s/ Steven C. Vondran
6                                          Steven C. Vondran, Esq.
                                           The Law Offices of Steven C. Vondran, P.C.
7                                           Attorney for IP address 137.25.32.18
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28